[Nos. 10460-1-II; 10621-3-II. Division Two. August 17, 1987.]

BARTON L. KING, *Appellant,* v. CHERYL L. GARDNER, *Respondent.*

Appeals from a judgment of the Superior Court for Pierce County, No. 85-3-00254-6, E. Albert Morrison, J., entered October 6 and December 19, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 17198-4-I. Division One. August 17, 1987.]

GRANT THOMAS DWYER, *Appellant,* v. RAGNAR PETTERSSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-00850-2, Paul D. Hansen, J., entered September 4, 1985. *Affirmed* by unpublished opinion per Haley, J. Pro Tem., concurred in by Pekelis, J., and Andersen, J. Pro Tem.

[No. 18253-6-I. Division One. August 17, 1987.]

CONCORDIA J. CARLISLE, *Individually and as Guardian ad Litem, Appellant,* v. MARVIN PAUL EATMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-02180-1, Robert W. Winsor, J., entered August 19, 1985. *Reversed* by unpublished opinion per Stewart, J. Pro Tem., concurred in by Callow and Revelle, JJ. Pro Tem.